IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01169-JRG-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § § | |
| Defendant. | § § | |
| SYMBOLY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01225-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| BALLY TOTAL FITNESSS CORP. | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL OF DEFENDANT BALLY TOTAL FITNESS CORP. WITH PREJUDICE

On this day the Court considered the Unopposed Motion to Dismiss Defendant Bally Total Fitness Corp. With Prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Bally Total Fitness Corp. ("Bally").  Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Symbology against Bally are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.  It is further ORDERED that the Court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**SIGNED this 17th day of November, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE